**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 14-7559**

———————————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

KENYATTA SYKES,

                Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. James C. Fox, Senior District Judge. (4:09-cr-00015-F-1)

———————————

Submitted: January 15, 2015        Decided: January 21, 2015

———————————

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Kenyatta Sykes, Appellant Pro Se. S. Katherine Burnette, Joshua Bryan Royster, OFFICE OF THE UNITED STATES ATTORNEY, Stephen Aubrey West, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenyatta Sykes appeals from the district court's October 6, 2014 orders denying his letter motions and motions for reconsideration and for other relief and its October 7, 2014 order adjudicating his motion to amend a prior reconsideration motion and for other relief. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Sykes' informal brief does not challenge the basis for the district court's dispositions, Sykes has forfeited appellate review of the court's orders.[*] Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] In his informal brief, Sykes challenges the district court's September 11, 2014 order denying his motion for reduction of sentence. To the extent Sykes seeks appellate review of that order, we may not review it because Sykes did not designate the order as an order for which he sought appellate review in his notice of appeal. See Jackson v. Lightsey, ___ F.3d ___, No. 13-7291, slip op. at 10-14 (4th Cir. Dec. 18, 2014).

2